DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANKLIN BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-4219

[March 18, 2015]

Appeal from order denying rule 3.801 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Sherwood Bauer, Jr., Judge; L.T. Case No. 472007CF000274.

Franklin Brown, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Reasee v. State,* 123 So. 3d 693 (Fla. 4th DCA 2013); *see also Willis v. State,* 18 So. 3d 1215 (Fla. 5th DCA 2009) (holding that credit for time spent in jail after sentencing must be addressed to the Department of Corrections); *Smith v. State,* 932 So. 2d 594, 595 (Fla. 5th DCA 2006) ("[I]t is the function of the Department of Corrections to award credit for any time served in jail after sentencing but before transfer to state prison.").

WARNER, GROSS and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***